UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| BLANCHE J. HAYDEL | CA. NO.: 07-71-JCB-SCR |
| VERSUS | JUDGE: FRANK J. POLOZOLA |
| THE DOW CHEMICAL COMPANY and FIDELITY INVESTMENT INSTITUTIONAL OPERATIONS COMPANY, INC. | |

### JUDGMENT

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERD that all claims of the plaintiff, Blanche J. Haydel, against The Dow Chemical Company and Fidelity Investment Institutional Operations Company, Inc. in the above captioned matter, be, and hereby are dismissed, with prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana, this 17th day of March, 2008, 2008.

JUDGE, MIDDLE DISTRICT OF LOUISIANA
JAMES J. BRADY

444527.1